EXHIBIT# 1 - National Photo Group, LLC v. Rogers Media, Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT#1 OF 19 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | **INFRINGEMENT#1 OF 19**<br>Photo Owner: National Photo Group, LLC<br>Photo ID Number: 10235353<br>Date Taken: 09/26/2012<br>Photo Description: Jason Aldean and Brittany Kerr get very cozy during a steamy night at the bar.<br>Copyright Application Date: 10/01/2012<br>Application Number: 1-830916271<br>Copyright Registration Date: 10/01/2012<br>Registration Number: VA0001836372 | Domain: kix935.com<br>URL: http://www.kix935.com/2012/10/01/jason-aldean-i-screwed-up/<br>Observed Date: 07/02/2013 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#2 OF 19** | | **WEB PAGE CAPTURE** |
|  | **INFRINGEMENT#2 OF 19**<br>Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10055068<br>Date Taken: 09/25/2012<br>Photo Description: Seth MacFarlane takes his new lady, 'Game of Thrones' star Emilia Clarke out to lunch in Los Angeles.<br>Copyright Application Date: 11/19/2012<br>Application Number: 1-849535794<br>Copyright Registration Date: 11/19/2012<br>Registration Number: VA0001848028 | Domain: kiss925.com<br>URL: http://www.kiss925.com/2012/09/26/seth-macfarlanes-new-girlfriend-is-the-calisi/<br>Observed Date: 10/10/2013 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#3 OF 19** | | **WEB PAGE CAPTURE** |
|  | **INFRINGEMENT#3 OF 19**<br>Photo Owner: National Photo Group, LLC<br>Photo ID Number: 10303101<br>Date Taken: 10/28/2013<br>Photo Description: Dr. Conrad Murray goes to In-N-Out Burger.<br>Copyright Application Date: 11/05/2013<br>Application Number: 1-1016983641<br>Copyright Registration Date: 11/05/2013<br>Registration Number: VA0001885629 | Domain: jackfm.com<br>URL: http://www.jackfm.com/tag/in-and-out-burger/<br>Observed Date: 01/09/2014 |  |

EXHIBIT# 1 - National Photo Group, LLC v. Rogers Media, Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT#4 OF 19 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10039910<br>Date Taken: 10/05/2012<br>Photo Description: Mariah Carey is surrounded by security as she walks around the set of 'American Idol' in Baton Rouge, Louisiana.<br>Copyright Application Date: 10/30/2012<br>Application Number: 1-841462156<br>Copyright Registration Date: 10/30/2012<br>Registration Number: VA0001836339 | Domain: 1053kissfm.com<br>URL: http://www.1053kissfm.com/tag/mariah-carey/<br>Observed Date: 05/15/2013 | |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#5 OF 19** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10237197<br>Date Taken: 03/13/2013<br>Photo Description: Matthew McConaughey shows his improved muscular physique on the set of his new crime drama 'True Detectives' in New Orleans.<br>Copyright Application Date: 05/22/2013<br>Application Number: 1-939226591<br>Copyright Registration Date: 05/22/2013<br>Registration Number: VA0001865225 | Domain: 1053kissfm.com<br>URL: http://www.1053kissfm.com/2013/03/15/matthew-mcconaughey-bulks-up-again/<br>Observed Date: 10/03/2013 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#6 OF 19** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10310182<br>Date Taken: 11/04/2013<br>Photo Description: With all of his former 'N Sync bandmates by his side as groomsmen, Chris Kirkpatrick marries Karly Skladany at a wedding ceremony at the Loews Hotel in Orlando.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: kiss925.com<br>URL: http://www.kiss925.com/2013/11/04/an-nsync-reunion-aka-chris-kirkpatricks-wedding/<br>Observed Date: 12/06/2013 |  |

EXHIBIT# 1 - National Photo Group, LLC v. Rogers Media, Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT#7 OF 19 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10310173<br>Date Taken: 11/04/2013<br>Photo Description: Chris Kirkpatrick marries Karly Skladany at a wedding ceremony at the Loews Hotel in Orlando.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: kiss925.com<br>URL: http://www.kiss925.com/2013/11/04/an-nsync-reunion-aka-chris-kirkpatricks-wedding/<br>Observed Date: 12/06/2013 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#8 OF 19** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10310181<br>Date Taken: 11/04/2013<br>Photo Description: With all of his former 'N Sync bandmates by his side as groomsmen, Chris Kirkpatrick marries Karly Skladany at a wedding ceremony at the Loews Hotel in Orlando, Florida.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: kiss925.com<br>URL: http://www.kiss925.com/2013/11/04/an-nsync-reunion-aka-chris-kirkpatricks-wedding/<br>Observed Date: 12/06/2013 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#9 OF 19** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10310185<br>Date Taken: 11/04/2013<br>Photo Description: Chris Kirkpatrick marries Karly Skladany at a wedding ceremony at the Loews Hotel in Orlando, Florida.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: kiss925.com<br>URL: http://www.kiss925.com/2013/11/04/an-nsync-reunion-aka-chris-kirkpatricks-wedding/<br>Observed Date: 12/06/2013 |  |


Case 1:15-cv-02200-RRM-MDG   Document 1-2   Filed 05/07/15   Page 4 of 7 PageID #: 14

EXHIBIT# 1 - National Photo Group, LLC v. Rogers Media, Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT#10 OF 19 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10324086<br>Date Taken: 02/16/2014<br>Photo Description: Katy Perry and John Mayer spend Sunday afternoon eating and shopping in Hollywood, California.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773391<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915518 | Domain: chfi.com<br>URL: http://www.chfi.com/2014/02/26/katy-perry-and-john-mayer-splitsville/<br>Observed Date: 04/07/2014 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#11 OF 19** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10324086<br>Date Taken: 02/16/2014<br>Photo Description: Katy Perry and John Mayer spend Sunday afternoon eating and shopping in Hollywood, California.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773391<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915518 | Domain: sonicnation.ca<br>URL: http://www.sonicnation.ca/2014/02/26/bris-cheese-sleaze-rumor-katy-perry-john-mayer-break-up/<br>Observed Date: 04/28/2014 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#12 OF 19** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10353097<br>Date Taken: 05/28/2014<br>Photo Description: Vitalii Sediuk is seen being hauled off by police after attacking Brad Pitt.<br>Copyright Application Date: 05/29/2014<br>Application Number: 1-1470996112 | Domain: kiss925.com<br>URL: http://www.kiss925.com/2014/05/29/video-brad-pitt-punched-in-the-face-at-maleficent-premiere/<br>Observed Date: 08/15/2014 |  |

EXHIBIT# 1 - National Photo Group, LLC v. Rogers Media, Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT DETAILS | WEB PAGE INFO | WEB PAGE CAPTURE |
|---|---|---|---|
|  | **INFRINGEMENT#13 OF 19**<br>Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10332326<br>Date Taken: 03/14/2014<br>Photo Description: Brittney Spears arrives to her sister Jamie Lynn Spears wedding.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773391<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915518 | Domain: thebounce.ca<br>URL: http://www.thebounce.ca/tag/britney-spears/<br>Observed Date: 10/14/2014 |  |
|  | **INFRINGEMENT#14 OF 19**<br>Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10334315<br>Date Taken: 04/01/2014<br>Photo Description: Amanda Bynes showing off her bikini body at a resort pool while on vacation in Cabo San Lucas, Mexico.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1622998234<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915513 | Domain: thebounce.ca<br>URL: http://www.thebounce.ca/2014/04/04/whats-up-april-4th/<br>Observed Date: 10/14/2014 |  |
|  | **INFRINGEMENT#15 OF 19**<br>Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 126490PCN_Mama08.JPG<br>Date Taken: 09/20/2014<br>Photo Description: June Shannon appears outside the family home early Saturday morning in McIntyre GA.<br><br>Application Number: 1-1892259238 | Domain: www.country1043.com<br>URL: http://www.country1043.com/2014/10/30/mama-june-is-not-feeling-the-love/<br>Observed Date: 12/04/2014 |  |

EXHIBIT# 1 - National Photo Group, LLC v. Rogers Media, Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT#16 OF 19 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 126490PCN_Mama08.JPG<br>Date Taken: 09/20/2014<br>Photo Description: June Shannon appears outside the family home early Saturday morning in McIntyre GA.<br><br>Application Number: 1-1892259238 | Domain: www.country1043.com<br>URL: http://www.country1043.com/author/gary-creighton/page/2/<br>Observed Date: 12/05/2014 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#17 OF 19** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 125112PCNEXP_Justin25.jpg<br>Date Taken: 08/29/2014<br>Photo Description: Justin Bieber and Selena Gomez rekindle their relationship with an ATV ride through Stratford, Canada.<br>Copyright Application Date: 10/06/2014<br>Application Number: 1-1803808642<br>Copyright Registration Date: 10/06/2014<br>Registration Number: VA0001930177 | Domain: www.chymfm.com<br>URL: http://www.chymfm.com/2014/09/02/justin-bieber-arrested-in-stratford/<br>Observed Date: 12/10/2014 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#18 OF 19** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 125112PCNEXP_Justin25.jpg<br>Date Taken: 08/29/2014<br>Photo Description: Justin Bieber and Selena Gomez rekindle their relationship with an ATV ride through Stratford, Canada.<br>Copyright Application Date: 10/06/2014<br>Application Number: 1-1803808642<br>Copyright Registration Date: 10/06/2014<br>Registration Number: VA0001930177 | Domain: www.chymfm.com<br>URL: http://www.chymfm.com/on-air/hosts-shows/adele/page/4/<br>Observed Date: 12/10/2014 |  |

EXHIBIT# 1 - National Photo Group, LLC v. Rogers Media, Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT#19 OF 19 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 125112PCNEXP_Justin25.jpg<br>Date Taken: 08/29/2014<br>Photo Description: Justin Bieber and Selena Gomez rekindle their relationship with an ATV ride through Stratford, Canada.<br>Copyright Application Date: 10/06/2014<br>Application Number: 1-1803808642<br>Copyright Registration Date: 10/06/2014<br>Registration Number: VA0001930177 | Domain: www.chymfm.com<br>URL: http://www.chymfm.com/author/adele/page/4/<br>Observed Date: 12/10/2014 |  |

x